**BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**In Re: ONE APUS Incident** )
**dated November 30, 2020** )
) **MDL DOCKET NO. - 3028**

**CERTIFICATE OF SERVICE**

I hereby certify, on April 14, 2022, a copy of the Notice of Related Cases (ECF 248), and this Certificate of Service was served to parties via ECF and mailed to parties unable to accept electronic filing.

Dated: April 14, 2022  
      New York, NY

Respectfully submitted,
Attorneys for Defendants

Apex Logistics International Inc.
Orient Express Container, Co. Ltd.
Flexport International LLC
Dimerco Express (USA) Corp.
RS Logistics Limited
Oregon International Air Freight Co.
Air Tiger Express (ASIA) Inc.
OEC Freight Companies, Inc.
EFL Container Lines, LLC
Crane Worldwide Logistics, LLC,

By:     /s/ *Thomas L. Tisdale*
Thomas L. Tisdale
Austyn L. Carolin
Tisdale & Nast Law Offices, LLC
200 Park Avenue, Suite 1700
New York, NY  10166
Tel:   212-354-0025
Fax:   212-869-0067
*ttisdale@tisdale-law.com*
*acarolin@tisdale-law.com*